MN,ND-305
(5/94)



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Bryan & Colleen Nocerini

Chapter 7

Case No. 10-38969

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Healtheast Medical Transportation<br>799 Reaney Avenue<br>St. Paul, MN 55106 | 2 | $306.12 | $2.04 |
| Chase Bank USA NA<br>c/o Creditors Bky Svc<br>PO Box 740933<br>Dallas, TX 75374 | 5 | $125.64 | $0.84 |

Date: August 1, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475